IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

      Plaintiff,

-vs-                 Criminal Action No.
                     22-00032-05-CR-W-SRB

EARL MILLER,

      Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: By Superseding Indictment (Doc. 93):

  Count 1: Conspiracy to Distribute 280 Grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine Base *in violation of* 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846.

  Count 20: Possession With Intent to Distribute 28 Grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine Base *in violation of* 21 U.S.C. § 841(a)(1) and (b)(1)(B).

  Count 23: Possession of a Firearm in Furtherance of a Drug Trafficking Offense *in violation of* 18 U.S.C. §§ 924(c)(1)(A) and 2.

  Forfeiture Allegation 1

  Forfeiture Allegation 2

**TRIAL COUNSEL**:
  Government: Stephanie Bradshaw and an additional AUSA (to be identified)
    Case Agent: Special Agent Elizabeth White, ATF
  Defense: Dawn Parsons and Kayleen Moore

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:
    Government: 8-10 with stipulations; 10-11 without stipulations
    Defense: 1 witness, including Defendant who     ( ) will
                                                                                                  ( x ) may
                                                                                                   ( ) will not testify

**TRIAL EXHIBITS**:
    Government: 20-30 exhibits
    Defense: No additional exhibits

**DEFENSES**:
    ( x )    defense of general denial
    (  )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    (  ) Definitely for trial                (  ) Possibly for trial
    (  ) Motion to continue to be filed    ( x ) Change of plea hearing requested

**TRIAL TIME**: **3 days**
    Government's case including jury selection: 2.5 days
    Defense case: .5 days

**STIPULATIONS**:
    (  )    not likely
    (  )    not appropriate
    ( x )    likely as to:
            ( x )    chain of custody
            ( x )    chemist's reports
            (  )    prior felony conviction
            (  )    interstate nexus of firearm
            ( x )    other: cell phone extractions

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**: December 23, 2024
    Government: December 23, 2024
    Defense: December 23, 2024
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: December 23, 2024
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: December 23, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing 1/6/2025
    **Please note**:   Neither the Government nor Defense have any conflicts with the two-week trial docket.

**OTHER**:
    ( )   A _____-speaking interpreter is required.
    ( )   Other assistive devices: _____

**IT IS SO ORDERED.**

                                                                          */s/ Jill A. Morris*
                                                                          JILL A. MORRIS
                                                                          United States Magistrate Judge